JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1617 WESTCLIFF LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK N.A.; WELLS FARGO BANK N.A., as Trustee for the REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON SECURITY CORP.; COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES SERIES 2004-C3; TORCHLIGHT LOAN SERVICES, LLC; PNC BANK N.A.; and DOES 1 - 20, Inclusive,<br><br>    Defendants. | Case No. 8:14-cv-01941-JVS-DFM<br><br>**FINAL JUDGMENT**<br><br>Date:      N/A<br>Time:      N/A<br>Courtroom: 10C<br><br>SAC Filed:   June 21, 2017<br>Trial Date:  March 4-11, 2022 |

On March 7, 2022, the Court dismissed Defendants Wells Fargo Bank N.A., PNC Bank N.A., and Does 1-20 (inclusive) pursuant to the Court's Final Pre-Trial Conference Order. (Dkt. 217, p. 1-2.) Between March 4, 2022 and March 11, 2022, the remaining parties to this action tried Counts I, II, and IV of Plaintiff's Second Amended Complaint (Dkt. 56) to a jury. On March 11, 2022, the jury entered a special verdict in the remaining defendants' ("Defendants") favor on Counts I, II, and IV of Plaintiff's Second Amended Complaint. (Dkt. 228.) On December 27, 2022, this Court issued findings of fact and conclusions of law entering judgment in Defendants' favor on Count III of Plaintiff's Second Amended Complaint. (Dkt. 234.)

In accordance with the Court's findings of fact and conclusions of law and the jury's verdict which together resolve all claims in this case, the Court hereby enters **FINAL JUDGMENT** in Defendants' favor on the entirety of the Second Amended Complaint.

**IT IS SO ORDERED.**

Date: January 13, 2023

_____
Hon. James V. Selna